871 A.2d 662

IN THE MATTER OF PATRICIA L. JOHNSON, AN ATTORNEY AT LAW (ATTORNEY NO. 014871990).

May 5, 2005.

### O R D E R

The Disciplinary Review Board having filed with the Court its decision in DRB 04-354, concluding that **PATRICIA L. JOHNSON** of **BRONX, NEW YORK,** who was admitted to the bar of this State in 1990, and who thereafter was temporarily suspended from the practice of law pursuant to *Rule* 1:20-15(k) effective

April 26, 2004, by Order of the Court filed March 26, 2004, and who remains suspended at this time, should be censured for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) and (b) (failure to communicate with client and failure to explain a matter to the extent necessary for the client to make decisions about the representation), *RPC* 3.2 (failure to expedite litigation), *RPC* 8.1(b) (failure to cooperate with ethics authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And **PATRICIA L. JOHNSON** having failed to appear on the return date of the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **PATRICIA L. JOHNSON** be suspended from the practice of law for a period of six months and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent not be reinstated to practice until such time as she demonstrates that she has complied with this Court's Order of March 26, 2004; and it is further

ORDERED that respondent continue to be restrained and enjoined from practicing law during the period of suspension and that she continue to comply with *Rule* 1:20–20; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:20–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.